```
 1  RAOUL D. KENNEDY (Bar No. 40892)
    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
 2  Four Embarcadero Center, Suite 3800
    San Francisco, California 94111-4144
 3  Telephone: (415) 984-6400
    Facsimile:  (415) 984-2698
 4  raoul.kennedy@skadden.com

 5  Attorneys for Defendant
    Pfizer Inc
 6

 7
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE DUGGAN, | CASE NO.: 2:10-cv-01186-WBS-JFM |
| Plaintiff, | (State Court Docket No. 34-2010-00074643) |
| v. | **JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND ORDER** |
| PFIZER, INC., and DOES 1 through 50 inclusive, | |
| Defendants. | |

Plaintiff Nicole Duggan and Defendant Pfizer Inc hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be dismissed without prejudice.

DATED: October 19, 2010            SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                                   By:     /s/ Raoul D. Kennedy
                                         RAOUL D. KENNEDY
                                       Attorney for Defendant Pfizer Inc

DATED: October 19, 2010            LAW OFFICES OF LAWRENCE S. PAIKOFF

                                   By:     /s/ Lawrence Paikoff
                                         LAWRENCE S. PAIKOFF
                                       Attorney for Plaintiff Nicole Duggan

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**<u>ORDER</u>**

Upon Stipulation of the Parties, and good cause appearing, this action shall be dismissed without prejudice.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: October 20, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2